UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANNY M. KELLY,<br>    Plaintiff,<br><br>v.<br><br>EBAY, INC.,<br>    Defendant. | Civil No. 21-10944-LTS |

ORDER OF DISMISSAL

SOROKIN, J.

    For the reasons stated in the Order dated September 20, 2021, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

ROBERT M. FARRELL
CLERK OF COURT


Dated: 9/20/2021                                By /s/ Maria Simeone
                                                                       Deputy Clerk